**Order entered December 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00821-CR

**BRENDA DELGADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76401-W**

## ORDER

Before the Court is appellant's December 10. 2019 motion to abate the appeal or in the alternative to grant an extension of time to file her brief. We **GRANT** the motion to the extent we **ORDER** appellant's brief due by **January 24, 2020**.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE